
Law Office of Blake D. Gunn
P.O. Box 22146
Mesa, Arizona 85277
Telephone: (480) 270-5073
Fax 480-393-7162
Blake.Gunn@gunnbankruptcyfirm.com

Blake D. Gunn, SBN 019112
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE PETER SCOTT TULLY,<br><br>Debtor in Possession. | Chapter 11 Proceeding<br>Case No. 2:15-bk-06726-GBN<br>Order Setting Hearing on Disclosure Statement |
|---|---|

### ORDER SETTING HEARING ON DISCLOSURE STATEMENT, SETTING DEADLINE TO FILE OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT, SETTING CLAIMS BAR DATE

TO ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed on June 9, 2015,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The hearing to consider approval of the Second Amended Disclosure Statement ("Disclosure Statement") shall be held at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom No. 602, Phoenix, Arizona on September 24, 2015 at 10:00 a.m.

2. The last day for filing with the Court, and serving in accordance with Bankruptcy Rule 3017(a), written objections to the Disclosure Statement, is fixed as September 22, 2015

3. Within the time limits imposed by Bankruptcy Rules 2002(b) and 3017(a), the proponent of the Plan shall transmit the Disclosure Statement and Plan to any committee appointed pursuant to §1103 of the Bankruptcy Code, the Securities and Exchange Commission, Attn: Bankruptcy Counsel, 5670 Wilshire Blvd., 11th Floor, Los Angeles, California 90036-3684 (if it has filed a notice of appearance or a request to receive notices), and to any party in interest who has requested or requests in writing a copy of the Disclosure Statement and Plan, and shall mail this Order to the above parties, and to all creditors and other interested parties. The Plan proponent shall file a certificate of service or an affidavit evidencing such transmission.

4. The Debtor has filed a list of creditors pursuant to Bankruptcy Rule 1007. Unless otherwise ordered by the Court previously, any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but need not, file a proof of claim in this case. Creditors whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proof of claim by September 24, 2015. Any creditor who desires to rely upon the Debtor's list has the responsibility to ensure that such creditor's claim is accurately listed.

5. Requests for copies of the Disclosure Statement and Plan shall be mailed to the proponent of the Plan in care of: Law Office of Blake D. Gunn, P.O. Box 22146, Mesa, AZ 85277.

SIGNED AND DATED ABOVE

- 4 -